UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUSTIN CASEQUIN, ANTONIO M. VEGA,
JASON EARL CANDLISH, CHRISTOPHER
J. COMER, AARON GODWIN, TYLER
SVEDBERG, CHRISTOPHER WHITE,
NICHOLAS CARNAGEY, DAVID
SCHMENK, RYAN GODWIN, THANHSON
SEAN, CRAIG FENN, CAMERON HARRIS,
RYAN BELKNAP, ANTHONY JAMES
CADOTTE, DARRANS MARGENS
DESIRE, DAVID ANDREW ROBERTS,
MIKE BOGENRIEF, GARRY DEDICK,
ANDRE CALIXTO, ERIC FREDRICKSON,
BRYAN RUSS, ANDREW OLEYKOWSKI,
DILLON GREEN, and JESSE L. PAUL,

      Plaintiffs,

v.                                                Case No:   2:18-cv-588-JES-MRM

CAT 5 CONTRACTING, INC., a Florida
corporation and MATTHEW SPANTON,
individually, jointly and severally,

      Defendants.

_____

## **ORDER**

Now that this action has been reassigned to Senior United States District Judge John E. Steele for all further proceedings (Doc. 159), the Court finds that the stay should be lifted and the deadlines in the Seventh Amended Case Management and Scheduling Order (Doc. 144) should be reset. But the Court will honor the anticipated bench trial date of February 22, 2021. (Doc. 155).

Accordingly, it is

**ORDERED:**

1. The stay is **LIFTED**.  The Clerk is directed to remove the stay flag.

2. The following deadlines **GOVERN** the remainder of this action:

| | |
|---|---|
| Final Pretrial Meeting | January 21, 2022 |
| Motions in Limine | January 21, 2022 |
| Joint Final Pretrial Statement and Trial Briefs | January 24, 2022 |
| Final Pretrial Conference | January 28, 2022 |
| Bench Trial | February 22, 2022 |

**DONE and ORDERED** in Fort Myers, Florida on January 19, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record